UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOBBY DIAZ ROBLES, | ) | CASE NO. ED CV 13-1637-PA (PJW) |
| | ) | |
| Petitioner, | ) | ORDER TO SHOW CAUSE WHY PETITION |
| | ) | SHOULD NOT BE DISMISSED |
| v. | ) | |
| | ) | |
| AMY MILLER, | ) | |
| | ) | |
| Respondent. | ) | |

On September 6, 2013, Petitioner constructively filed a Petition for Writ of Habeas Corpus, seeking to challenge his January 2002 conviction for assault with a firearm on a police officer, second degree robbery, and three counts of attempted murder. (Petition at 2.) In the Petition, he claims that the prosecutor committed misconduct by failing to disclose exculpatory evidence at trial and that defense counsel provided ineffective assistance. (Petition at 5; Attachment "D" at 14-28.) For the following reasons, Petitioner is ordered to show cause why his Petition should not be dismissed because it is time-barred.

State prisoners seeking to challenge their state convictions in federal habeas corpus proceedings are subject to a one-year statute of limitations. 28 U.S.C. § 2244(d). Here, Petitioner's conviction

became final on July 15, 2003--90 days after the state supreme court denied his petition for review and the time expired for him to file a petition for writ of certiorari with the United States Supreme Court. *See*, *e.g.*, *Brambles v. Duncan*, 412 F.3d 1066, 1069 (9th Cir. 2005). Therefore, the statute of limitations expired one year later, on July 15, 2004. *See Patterson v. Stewart*, 251 F.3d 1243, 1246 (9th Cir. 2001). Petitioner, however, did not file this Petition until September 2013, more than nine years after the deadline.

IT IS THEREFORE ORDERED that, no later than **October 14, 2013**, Petitioner shall inform the Court in writing why this case should not be dismissed with prejudice because it is barred by the statute of limitations. Failure to timely file a response will result in a recommendation that this case be dismissed.

DATED:   September 13, 2013

/s/ Patrick J. Walsh
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-State Habeas\ROBLES, B 1637\OSC dismiss pet.wpd