UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY DIAZ ROBLES,<br><br>              Petitioner,<br><br>     v.<br><br>AMY MILLER, Warden,<br><br>             Respondent. | CASE NO. ED CV 13-1637-PA (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

Further, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right and, therefore, a certificate of

1 appealability is denied. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P.
2 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

4     DATED: December 10, 2013

7                PERCY ANDERSON
                UNITED STATES DISTRICT JUDGE

28 C:\Temp\notesE1EF34\Robles 13-1637 Order accep r&r.wpd