UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY DIAZ ROBLES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>AMY MILLER, Warden,<br><br>　　　　Respondent. | CASE NO. ED CV 13-1637-PA (PJW)<br><br>J U D G M E N T |

　　Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

　　DATED: December 10, 2013

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Robles 13-1637 Judgment.wpd